MERRITT STARR

*v.*

STATE OF ILLINOIS.

*Opinion filed May 12, 1917.*

REFUNDS—*when made.* Funds paid out in the performance of employ-
ment regularly made, for which the State receives the benefit will be re-
funded.

Miller, Starr, Brown, Packard & Peckham, for Complainant.
Edward J. Brundage, Attorney General, for State.

Claimant by special appointment of the Governor of Illinois was
appointed and served the State as attorney in a certain case in the
Supreme Court of the United States, known therein as *People of the
State of Illinois on the relation of Charles S. Deneen, Governor, and
William H. Stead, Attorney General, plaintiffs in error* v. *The Economy
Light and Power Company, Defendants in error.*

That while acting as attorney aforesaid, claimant paid out for
and on behalf of the State, the sum of $10.84, in connection with the
prosecution of said case, and the State has never reimbursed him for
this amount.

For the reasons set forth in the case of *Bernard & Miller* v. *State,*
which opinion was filed at this term, we award to claimant the sum of
ten and 84/100 ($10.84) dollars.